**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

| | |
|---|---|
| RODERICK SHANNON, § § Plaintiff, § § v. § § PORTFOLIO RECOVERY ASSOCIATES, § LLC, § § Defendant. § | **Civil Case No. 3:11-cv-310** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

RODERICK SHANNON (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Louisiana, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Baton Rouge, East Baton Rouge Parish, Louisiana.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is an alleged debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a limited liability company located in Norfolk, Virginia.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously placed collection calls to Plaintiff from 800-772-1413, seeking payment for the deficiency on an auto loan that was terminated through repossession.

11. Defendant contacted Plaintiff several times a week, and repeatedly threatened to sue Plaintiff and garnish his wages if payment was not made.

12. Well over six months have past since Defendant threatened Plaintiff with a lawsuit and garnishment of wages; however, to date, no such legal action has been taken against Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

13. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff;

  b. Defendant violated *§1692e(4)* of the FDCPA by threatening to garnish Plaintiff's wages when Defendant did not intend to take such action; and

  c. Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiff even though Defendant does not intend to do so.

WHEREFORE, Plaintiff, RODERICK SHANNON, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

14. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

15. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k;* and

16. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: May 10, 2011

By:__ /s/ Kelli Denise Mayon____
Kelli Denise Mayon, Esq.
Louisiana SBN: 32895
4429 Herrmann Street, Apt. D
Metairie Louisiana 70006
kellimayon@gmail.com
Phone: (504) 401-0533

*Of Counsel*
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 x230
F: (866) 385-1408

Attorneys for Plaintiff, RODERICK SHANNON

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, RODERICK SHANNON, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

VERIFIED COMPLAINT

STATE OF LOUISIANA

Plaintiff, RODERICK SHANNON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, RODERICK SHANNON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

5/10/11
Date

*Roderick Shannon*
RODERICK SHANNON