# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA
# BATON ROUGE DIVISION

| | |
|---|---|
| RODERICK SHANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-CV-310-RET-CN |
| v. ) | |
| ) | PROPOSED ORDER |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| ) | |
| Defendant. ) | |

Based upon the Stipulation to Dismiss by all appearing parties (Rec. Doc. 14), and pursuant to Fed. R. Civ. P. 41(a)(1),

IT IS ORDERED that the above-captioned matter is hereby dismissed with prejudice, and with each party to bear its own costs.

New Orleans, Louisiana this 2nd day of November, 2011.

_____
United States District Judge